# Third District Court of Appeal
## State of Florida

Opinion filed February 26, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1474
Lower Tribunal Nos. F13-29484 & F13-29485

_____

**Jose Alexis Torres,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before EMAS, SCALES, and LOBREE, JJ.

PER CURIAM.

Affirmed. See Robinson v. State, 907 So. 2d 1284, 1287 (Fla. 2d DCA 2005) ("The proper standard for finding a new law violation is whether a preponderance of the evidence establishes that the probationer committed the charged offense or offenses."); Facen v. State, 386 So. 3d 991, 993 (Fla. 3d DCA 2023) ("In reviewing a probation revocation, we first assess whether the finding by the trial court of a 'willful and substantial violation is supported by competent substantial evidence.' If our examination yields competent, substantial evidence, 'the standard of review for the trial court's decision to revoke probation is abuse of discretion.'" (quoting Savage v. State, 120 So. 3d 619, 621 (Fla. 2d DCA 2013))).